JAMAICA WATER SUPPLY COMPANY, Respondent, *v.* JOHN HILL, Appellant.

*Jamaica Water Supply Co.* v. *Hill*, 157 App. Div. 894, affirmed.
(Argued April 21, 1916; decided May 9, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1913, affirming a final judgment in favor of plaintiff entered after the affirmance by the Appellate Division of an order of Special Term overruling a demurrer to the complaint and failure on the part of the defendant to comply with terms upon which he was permitted .to withdraw his demurrer and answer. The action is brought upon a contract of guaranty under the terms of which the defendant John Hill guaranteed all payments stipulated in a certain contract dated the 28th day of June, 1907, between the Jamaica Water Supply Company, party of the first part, and the Inter-

state Park Realty Company, party of the second part. The Interstate Park Realty Company, the party to the contract whose performance was guaranteed by Hill, defaulted and this suit was brought to recover certain payments due and owing to plaintiff from the Interstate Park Realty Company.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*George H. Francoeur* and *Warren Leslie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.